AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| United States of America<br>v.<br>Fernando Torres<br>*Defendant* | ) ) ) ) ) ) | Case No. 25-mj-4058 (MJS) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 8/21/2025

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Ikram Ally    118059
*Printed name and bar number of defendant's attorney*

800 Cooper Street, Suite 350, Camden, NJ 08102
*Address of defendant's attorney*

ikram_ally@fd.org
*E-mail address of defendant's attorney*

(609)-571-7333
*Telephone number of defendant's attorney*

_____
*FAX number of defendant's attorney*